August 19, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00095-CV

PRIMEXX ENERGY OPPORTUNITY FUND, LP AND PRIMEXX ENERGY OPPORTUNITY FUND II, LP, Appellants

V.

PRIMEXX ENERGY CORPORATION, M. CHRISTOPHER DOYLE, ANGELO ACCONCIA, BLACKSTONE INC., BLACKSTONE HOLDINGS III LP, BLACKSTONE EMA II LLC, BMA VII LLC, BLACKSTONE ENERGY MANAGEMENT ASSOCIATES II LLC, BLACKSTONE ENERGY PARTNERS II LP, BLACKSTONE MANAGEMENT ASSOCIATES VII LLC, BLACKSTONE CAPITAL PARTNERS VII LP, BCP VII/BEP II HOLDINGS MANAGER LLC, BX PRIMEXX TOPCO LLC, AND BPP HOLDCO LLC, Appellees

Today, the Court considered appellants' motion to dismiss this interlocutory appeal. Having considered the motion, we order the appeal **DISMISSED**.

We order appellants, Primexx Energy Opportunity Fund, LP and Primexx Energy Opportunity Fund II, LP, jointly and severally, to pay all costs incurred in this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered August 19, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris. Opinion delivered by Chief Justice Brister.